**Edward A. ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46787.**

Missouri Court of Appeals,
Western District.

July 27, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

■

**In the Interest of M.S.M. and H.M.M., Minor Children.**

**JUVENILE OFFICER OF JACKSON COUNTY, Missouri, Respondent,**

v.

**V.B., Natural Mother, Appellant.**

**No. WD 47183.**

Missouri Court of Appeals,
Western District.

July 27, 1993.

Kevin R. Thomas, Independence, for appellant.

Lori L. Stipp, Kansas City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Consolidated appeal by natural mother from orders terminating parental rights pursuant to § 211.447, RSMo Supp.1992.

The orders are affirmed, Rule 84.16(b); counsel's motion for attorney fees for perfecting appeal is remanded to the trial court, *In Interest of Y.M.H.*, 817 S.W.2d 279, 287 (Mo.App.1991).